COOPER, WHITE & COOPER LLP
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:     (415) 433-5530

Attorneys for Comcast of California X, Inc.,
erroneously sued as Comcast Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| HUBERT ROTTEVEEL,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMCAST CORPORATION,<br><br>          Defendant. | CASE NO. 2:21-cv-00496-TLN-CKD<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT COMCAST CORPORATION TO RESPOND TO THE COMPLAINT; ORDER**<br><br>Trial Date:          None Set |

Plaintiff Hubert Rotteveel ("Plaintiff") and Defendant Comcast of California X, Inc. ("Comcast"), erroneously sued as Comcast Corporation, through their undersigned respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on March 18, 2021;

WHEREAS Defendant Comcast was served with process on June 7, 2021, and its initial responsive pleading deadline was June 28, 2021;

WHEREAS Plaintiff and Comcast previously agreed (Dkt # 8) that Comcast's deadline to respond to the Complaint would be July 26, 2021;

WHEREAS the parties agree to a further extension of 21 days through August 16, 2021, while the parties meet and confer regarding the underlying facts.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case No. 2:21-cv-00496-TLN-CKD

SECOND STIPULATION TO EXTEND
TIME FOR DEFENDANT

NOW THEREFORE, the parties hereto agree that the deadline for Comcast to respond to the Complaint shall be **August 16, 2021**.

It is so stipulated.

DATED: July 22, 2021               COOPER, WHITE & COOPER LLP

By: /s/ Scott M. McLeod
Scott M. McLeod
Attorneys for Comcast of California X, Inc.
erroneously sued as Comcast Corporation

DATED: July 22, 2021

By: /s/ Trinette G. Kent
(as authorized on July 22, 2021)
Trinette G. Kent
Attorney for Plaintiff Hubert Rotteveel

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

DATED: July 23, 2021

 Troy L. Nunley
United States District Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

2

Case No. 2:21-cv-00496-TLN-CKD
SECOND STIPULATION TO EXTEND
TIME FOR DEFENDANT